IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JASON BROWNE et al.,

    Plaintiffs,

v.

STEVEN GOSSETT et al.,

    Defendants.

No. C 03-05072 CRB

**ORDER RE MOTIONS TO DISMISS**

Now pending before the Court are defendants' motions to dismiss. As explained in open court on October 7, 2005, the Court rules as follows:

1. The motions to dismiss the Fifth Cause of Action (retaliatory discrimination) and the Eleventh Cause of Action (ADA) are GRANTED with prejudice because plaintiffs have withdrawn them.

2. The motions to dismiss the City of Arcata and Sonoma County from the federal claims found in the First, Second, Third, Fourth, and Sixth Causes of Action are GRANTED with prejudice because plaintiffs concede that there is no Monell claim.

3. The motions to dismiss the patient-only plaintiffs from the First Cause of Action is GRANTED with prejudice because those plaintiffs -- Shepherd, William Browne, Snow, Lerch, Rabey, Cecil, Neto, Burleigh, Stoops and Allen -- were not subject to the search and seizure on July 18, 2002.

4. The motion to dismiss the Thirteenth Cause of Action is GRANTED with prejudice as to the federal due process claims under the 5th and 14th Amendments because plaintiffs' allegations are vague and conclusory and do not state a claim.

5. The motions to dismiss the Twelfth, Seventeenth, Eighteenth, and Twentieth Causes of Action are GRANTED with prejudice because plaintiffs improperly added them in contradiction to this Court's order of July 14, 2004 granting plaintiffs leave to amend the "remaining claims against the remaining defendants."

6. The motions to dismiss the First, Second, Third, Fourth, and Sixth Causes of Actions against individual defendants Lucas, Gossett, and Salas are DENIED as to the federal claims only.

7. The remaining state law claims are STAYED until further notice from the Court.

Defendants Lucas, Gossett and Salas are to submit motions for summary judgment as to the remaining federal claims on or before November 18, 2005. The motions will be heard on January 27, 2006. Plaintiffs' opposition shall be filed no later than January 6, 2006, and defendants' reply shall be filed no later than January 13, 2006. Plaintiff's counsel is ordered to send a letter to defendants' counsel requesting limited discovery by October 21, 2005.

**IT IS SO ORDERED.**

Dated: October 7, 2005

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\5072\order 2 mtd.wpd        2