Bonnie A. Freeman, Esq. (SB 180502)
Marshall E. Bluestone, Esq. (SB 151632)
SENNEFF FREEMAN & BLUESTONE, LLP
50 Old Courthouse Square, Suite 401
P.O. Box 3729
Santa Rosa, CA 95402-3729
Telephone:    707-526-4250
Facsimile:     707-526-0347

STEVEN M. WOODSIDE, COUNTY COUNSEL (SB 58684)
Anne L. Keck, Deputy Co. Counsel (SB 136315)
Gregory T. Dion, Deputy Co. Counsel (SB 149710)
575 Administration Drive, # 105 A
Santa Rosa, CA 95403
Telephone:    707-565-2421
Facsimile:     707-565-2624

Attorneys for Defendants County of Sonoma, Steven Gossett and Andrea Salas

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON BROWNE, *et al.*, | C 03-05072 CRB |
| Plaintiffs, | STIPULATION FOR ENTRY OF PROTECTIVE ORDER AND PROTECTIVE ORDER |
| v. | |
| STEVEN GOSSETT, *et al.*, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Jason Browne ("Plaintiff") and Defendants Steven Gossett, Andrea Salas and Bobby Lucas ("Defendants") that the Court may issue its Protective Order in the following form to protect against unnecessary disclosure of confidential business and/or personal information, confidential personnel information, confidential identification or information regarding third parties, and to preserve law-enforcement statutory privileges and other privileges as they pertain to the Defendants.

IT IS HEREBY ORDERED that the Protective Order set forth herein is the protective order entered in this action, and shall govern the use of confidential information and documents, collectively

1  hereafter referred to as "Documents" and shall apply to:

2      1.    The single page of the Department of Justice computerized printout regarding the history
3  of Plaintiff Jason Browne; and

4      2.    Arcata Police Department Report case number 01-0974, supplemental reports and
5  exhibits.

6      The purpose of this order is to protect against unnecessary disclosure of confidential business
7  and/or personal information, confidential personnel information, confidential identification or
8  information regarding third parties, and to preserve law-enforcement statutory privileges as they pertain
9  to the Sonoma County Sheriff's Department and Arcata Police Department.

10  **ACCORDINGLY:**

11      a.    Duplicates of all Documents described above shall be provided to Plaintiffs' counsel
12  which will be labeled confidential;

13      b.    Plaintiffs' counsel shall only disclose, if necessary, these documents to Plaintiffs'
14  counsels' regular staff as necessary in this case, to Plaintiff Jason Browne and plaintiffs' experts, each
15  of whom, before disclosure of such information, shall agree in writing to abide by this order and be
16  subject to the jurisdiction of this court for the purposes of enforcement of this order. Plaintiffs' counsel,
17  Plaintiffs' counsels' regular staff, Plaintiff Jason Browne and Plaintiffs' experts shall not disclose any
18  of the Documents described above to any other person without further Court order, upon a showing that
19  the party's need for such further disclosure outweighs security, privilege and privacy considerations of
20  Defendants, and the right to privacy to third-party individuals.

21      c.    The parties shall not attach copies of such Documents to any pleading publicly filed with
22  the Court, nor refer to the contents of the Documents in any pleading publicly filed with the Court unless
23  the records and information derived therefrom are filed under seal.

24      d.    Any party submitting confidential material to the Court shall comply with Local Rule of
25  Court 79-5, *et seq.*

26      e.    Any deposition testimony filed with the Court which refers to such Documents shall be
27  filed under seal. If any such Documents are attached as an exhibit to any filed deposition transcript,

28

SENNEFF
FREEMAN
BLUESTONE

NO. C03-05072 CRB: Stipulation For Entry Of Protective Order and Protective Order     2

those exhibits shall be attached to the original transcript in a sealed envelope.

    f.    If any Documents are marked as an exhibit for purposes of trial and introduced into evidence, the exhibits shall be maintained by the Clerk under seal.

    g.    At the conclusion of this litigation and/or appeal arising therefrom, all Documents subject to this Protective Order, and any copies thereof, shall be returned to counsel for Defendants Steven Gossett and Andrea Salas within 30 days.

DATED: January 6, 2006    SENNEFF FREEMAN & BLUESTONE, LLP
STEVEN M. WOODSIDE, COUNTY COUNSEL

By   */s/ Marshall E. Bluestone*
    Marshall E. Bluestone
    Attorneys for Defendants Steven Gossett & Andrea Salas

WILLIAM M. SIMPICH, ATTORNEYS AT LAW

DATED: January 5, 2006    By   */s/ William M. Simpich*
    William M. Simpich,
    Attorneys for Plaintiffs

MITCHELL, BRISSO, DELANEY & VREZE

DATED:  January 5, 2006    By   */s/ Nancy K. Delaney*
    Nancy K. Delaney,
    Attorneys for Defendant Bobby Lucas

IT IS SO ORDERED.

DATED: January 12, 2006    _____
    Hon. Charles R. Breyer
    United States District [Judge]

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Charles R. Breyer]*