United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JASON BROWNE et al.,

       Plaintiffs,

  v.

STEVEN GOSSETT et al,

       Defendants.
                         /

No. C 03-05072 CRB

**ORDER**

     Now before the Court is plaintiffs' ex parte motion for administrative relief to file documents under seal.  Pursuant to a protective order stipulated to and filed by the parties on January 6, 2006, and signed by the Court on January 12, 2006, plaintiffs seek to file under seal his memorandum of points and authorities and most of his supporting evidence.  The motion is DENIED.

     The protective order pertains to two documents: (1) a single page document from the Department of Justice, and (2) a case record file from the Arcata Police Department.  Plaintiffs' request is overbroad.  Plaintiffs may re-submit a more narrow motion to file documents under seal in compliance with Local Rule 79-5(c), including Local Rule 79-5(c)(5), no later than Monday, January 23, 2006.

//

//

1   **IT IS SO ORDERED.**

2

3

4   Dated: January 19, 2006

_____/s/_____
CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**

For the Northern District of California